**NEVADA LEGAL SERVICES**
RON SUNG, ESQ.
Nevada State Bar No. 13047
I. KRISTINE BERGSTROM, ESQ.
Nevada State Bar No. 10841
NEVADA LEGAL SERVICES, INC.
530 South 6th Street
Las Vegas, Nevada 89101
(702) 386-0404 x148
Facsimile (702) 388-1641
rsung@nlslaw.net
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANTORIA PICKENS,<br><br>  Plaintiff,<br><br>vs.<br><br>SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, and JOHN HILL in his official capacity as Executive Director,<br><br>  Defendants. | CASE NO. 2:15-cv-00203-JCM-GWF |

## JUDGMENT

On November 5, 2015, this Court entered its Order granting Plaintiff's Motion for Summary Judgment (doc. #12) and denying Defendants' Countermotion for Summary Judgment (doc. #16). The Court also ordered Plaintiff to prepare an appropriate judgment. Consistent with this Order, IT IS ORDERED AND ADJUDGED THAT:

JUDGMENT SHALL BE ENTERED denying the Countermotion for Summary Judgment filed by Defendants, SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, and JOHN HILL.

1

JUDGMENT SHALL BE ENTERED granting the Motion for Summary Judgment filed by the Plaintiff, ANTORIA PICKENS. The Defendants' guardianship policy discriminates on its face and violates the federal Fair Housing Act, specifically 42 U.S.C. § 3604(b).

DATED November 16, 2015.

                                             JAMES C. MAHAN
                                             UNITED STATES DISTRICT COURT

Respectfully Submitted,

NEVADA LEGAL SERVICES, INC.

RON SUNG, ESQ.
Nevada State Bar No. 13047
I. KRISTINE BERGSTROM, ESQ.
Nevada State Bar No. 10841
NEVADA LEGAL SERVICES, INC.
530 South 6th Street
Las Vegas, Nevada 89101
(702) 386-0404 x148
Facsimile (702) 388-1641
rsung@nlslaw.net
Attorneys for Plaintiff