UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTORIA PICKENS,<br><br>         Plaintiff(s),<br><br> v.<br><br>SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, and JOHN HILL,<br><br>         Defendant(s). | Case No. 2:15-CV-203 JCM (GWF)<br><br>ORDER |

  Presently before the court is the parties' joint proposed pretrial order. (Doc. # 21). On November 4, 2015, this court granted summary judgment in favor of plaintiff Antoria Pickens and ordered plaintiff to submit an appropriate judgment to the court. (Doc. # 18). On November 10, 2015, plaintiff submitted a proposed judgment (doc. # 19), which the court entered on November 16, 2015, closing the case. (Doc. # 20). The parties' joint proposed pretrial order is, therefore, moot.

  Accordingly,

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties' joint proposed pretrial order (doc. # 21) be, and the same hereby is, DENIED as moot.

  DATED December 1, 2015.

                    _____
                    UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**