SAO
THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
AMBER WHITE-DAVIDSON, ESQ.
Nevada Bar No. 11739
PARKER NELSON & ASSOCIATES, CHTD.
2640 Professional Court, Suite 200
Las Vegas, NV 89128
(702) 868-8000; (702) 868-8001 *facsimile*
awhite-davidson@pnalaw.net
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTORIA PICKENS,<br><br>              Plaintiff,<br><br>v.<br><br>SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, and JOHN HILL in his capacity as Executive Director,<br><br>              Defendants. | Case No.: 2:15-cv-00203-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS' SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY AND JOHN HILL WITH PREJUDICE** |

COMES NOW, Plaintiff, ANTORIA PICKENS ("Plaintiff"), by and through his counsel of record, RON SUNG, ESQ., of NEVADA LEGAL SERVICES and Defendants, SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY and JOHN HILL, by and through their counsel of record THEODORE PARKER, III, ESQ. and AMBER WHITE-DAVIDSON, ESQ. of the law firm of PARKER, NELSON & ASSOCIATES, CHTD., and hereby stipulate and agree to the dismissal of Plaintiff, ANTORIA PICKENS's Complaint against Defendants, SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY and JOHN HILL, with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 4th, day of January, 2016

NEVADA LEGAL SERVICES

_____
RON SUNG, ESQ.
Nevada Bar No.: 13047
KRISTINE BERGSTROM, ESQ
Nevada Bar No.: 10841
530 S. Sixth Street
Las Vegas, NV 89101
FAX: (702) 388-1641
*Counsel for Plaintiff*

Dated this 4th, day of January, 2016

PARKER NELSON & ASSOCIATES, CHTD.

_____
THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
AMBER WHITE-DAVIDSON, ESQ.
Nevada Bar No. 11739
2640 Professional Court, Suite 200
Las Vegas, NV 89128
(702) 868-8000;
FAX: (702) 868-8001
*Counsel for Defendants*

## ORDER

IT IS HEREBY ORDERED that the dismissal of Plaintiff, ANTORIA PICKENS's, Complaint against Defendants, SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY and JOHN HILL, with prejudice, each party to bear its own attorneys' fees and costs is hereby GRANTED.

Dated January 25, 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

PARKER, NELSON & ASSOCIATES, CHTD.

_____
THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
AMBER WHITE-DAVIDSON, ESQ.
Nevada Bar No. 11739
PARKER NELSON & ASSOCIATES, CHTD.
2640 Professional Court, Suite 200
Las Vegas, NV 89128
(702) 868-8000; (702) 868-8001 *facsimile*
awhite-davidson@pnalaw.net
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of the law office of PARKER, NELSON & ASSOCIATES, CHTD., and that on this 19 day of January, 2016, I served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS' SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY AND JOHN HILL WITH PREJUDICE** on the party(s) set forth below by:

☐ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Las Vegas, NV, postage prepaid, following ordinary business practices.

☐ Facsimile transmission by faxing a true and correct copy of the same to each party addressed.

☐ By E-mail: by electronic mail delivering the document(s) listed above to the e-mail address(es) set forth below on this date before 5:00 p.m.

X By EFC: by electronic filing with the Court delivering the document(s) listed above via E-file and/or E-serve filing system.

Kristine Bergstrom, Esq.
Ron Sung, Esq.
NEVADA LEGAL SERVICES
530 S. Sixth Street
Las Vegas, NV 89101
FAX: (702) 388-1641
*Counsel for Plaintiff*

_____
An employee of Parker, Nelson & Associates, Cthd.